UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Michael Kever, for the use and benefit of AIG,

    Plaintiff,

vs.                                                      Case No.  3:05-cv-889-J-25MCR

Cramer, Inc., a foreign corporation,

    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on two Unopposed Motions for Approval of and Appearance of Non-Resident Attorney (Docs. 7 and 8) filed October 5, 2005.  In the motions, attorneys Christopher S. Shank and Yvonne M. Warlen seek an Order approving their appearance before the Court as well as a designation of local counsel pursuant to Local Rule 2.02.  Both attorneys certify that they are members of "multiple United States District Courts outside the State of Florida." (Docs. 7 and 8).  Niels P. Murphy, Esq. of Murphy & Anderson, P.A. shall act as designated local counsel in this matter.

      The Middle District of Florida Local Rule 2.02(a) provides that, "the non-resident attorney shall pay a fee equal to the fee prescribed in Rule 2.01(d), and the written designation shall certify the non-resident attorney's payment of the fee."  Here, the motion filed by Mr. Murphy indicates payment of the fee by Mr. Shank and Ms. Warlen.  The Court would also note that any attorney who appears specially pursuant to Local

Rule 2.02(a) or (b) is also deemed to be governed by, among other things, all Local Rules of the United States District Court, Middle District of Florida, and the Code of Professional Responsibility that sets forth the proper professional behavior of members of the Florida Bar.  The Local Rules are available for review on the public website for the Middle District Court of Florida at www.flmd.uscourts.gov and may be obtained from the Clerk's Office.  The parties may want to pay particular attention to Local Rule 3.01(g), which requires a moving party to confer with opposing counsel prior to filing most motions and to advise the Court whether counsel agree on the resolution of the motion.

After due consideration, it is hereby

**ORDERED**:

1. The Unopposed Motions for Approval of and Appearance of Non-Resident Attorney (Docs. 7 and 8) are **GRANTED**.

2. Christopher S. Shank and Yvonne M. Warlen may appear specially as counsel for Defendant, Cramer, Inc., in this cause in accordance with Local Rule 2.02.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  11th  day of October, 2005.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party