UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Michael Kever, for the use and benefit of AIG,

    Plaintiff,

vs.                                       Case No.  3:05-cv-889-J-25MCR

Cramer, Inc., a foreign corporation,

    Defendant.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on the parties' Stipulation of Confidentiality and Protective Order (Doc. 19) filed February 9, 2006.  The proposed Protective Order fails to provide the Court with the necessary good cause required by Rule 26 of the Federal Rules of Civil Procedure.  A Court may enter a protective order upon motion of a party "for good cause shown."  Fed.R.Civ.P. Rule 26.  A protective order cannot be entered based solely on the consent of the parties; rather, the Court is required to make findings justifying such an order.  See In re Alexander Grant & Co. Litigation, 820 F.2d 352, 355 (11th Cir. 1987).

The parties are free to consent to a confidentiality agreement without the Court's involvement.  However, the Court may agree to enter a protective order only when it is *necessary* to expedite the flow of discovery material, promote prompt resolution of disputes over confidentiality, and facilitate the preservation of material arguably worthy of protection.  See McCarthy v. Barnett Bank of Polk County, 876 F.2d 89, 91 (11th Cir. 1989); In re Alexander Grant & Co. Litigation, 820 F.2d at 356.

-2-

Accordingly, after due consideration, it is hereby

**ORDERED:**

1. The parties' request for the Court to enter the Stipulation of Confidentiality and Protective Order (Doc. 19) is **DENIED without prejudice**.

2. If the parties continue to believe they need Court involvement for their protective order, they may file an appropriate motion showing the required good cause along with an accompanying stipulated protective order for the Court's consideration.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  10th  day of February, 2006.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record