UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Michael Kever, for the use and benefit of AIG,

       Plaintiff,

vs.                                                     Case No.  3:05-cv-889-J-25MCR

Cramer, Inc., a foreign corporation,

       Defendant.

_____/

## O R D E R

**THIS CAUSE** is before the Court on Defendant's Motion to Compel (Doc. 21) filed August 14, 2006.  Plaintiff's response to this Motion was due August 31, 2006.  To date, no response has been filed.

Accordingly, after due consideration, it is

**ORDERED**:

Plaintiff's response to Defendant's Motion to Compel (Doc. 21) shall be filed no later than **Monday, September 11, 2006**.  If Plaintiff fails to file a response by this time, the Court will proceed to rule on the Motion as though it were unopposed.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  5th  day of September, 2006.

*Monte C. Richardson*
_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record